**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1935**

_____

In re:  MICHAEL ANTHONY HOY, a/k/a Chi-Town,

              Petitioner.

_____

On Petition for Writ of Mandamus
(No. 1:11-cr-00253-TDS-8)

_____

Submitted:  December 11, 2014      Decided:  December 22, 2014

_____

Before MOTZ, WYNN, and THACKER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Michael Anthony Hoy, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Hoy petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court adopted the magistrate judge's recommendation and denied Hoy's motion on November 26, 2014. Accordingly, because the district court has recently decided Hoy's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED